IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01454-BNB

TIMOTHY WILLIAM SMITH,

    Plaintiff,

v.

ARMSTRONG, Officer, #07054,
RIVERA, Officer, # 07070,
UNKNOWN OFFICER,

    Defendants.

## ORDER DRAWING CASE

    Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

    DATED at Denver, Colorado, this  5th  day of   August, 2013  .

                                      BY THE COURT:

                                        s/ Craig B. Shaffer  
                                      United States Magistrate Judge